UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 1 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| KHUDAIDAD<br>Camp Delta Guantanamo Bay<br>Washington, D.C. 20355<br><br>Petitioner<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States<br><br>DONALD RUMSFELD,<br>Secretary, United States Department<br>of Defense<br><br>ARMY BRIG. GEN. JAY HOOD<br>Commander, Joint Task Force-<br>GTMO<br><br>ARMY COL. BRICE GYURISKO<br>Commander, Joint Detention<br>Operations Group, JTF - GTMO | Leave to file without<br>Prepayment of Cost **GRANTED**<br><br>*[signature]*<br><br>Civil Action No.<br><br>CASE NUMBER: 1:05CV0997<br>JUDGE: PAUL L. FRIEDMAN<br>DECK TYPE: HABEAS CORPUS/2255<br>DATE STAMP: 05/18/05 |

## PETITION FOR WRIT OF HABEAS CORPUS

PETITIONER: Khudaidad                              Date: 30 Mar 05

I am an innocent. I have no animosity with anyone. I did not participate in any war. I was in my home and I was arrested. I do not understand why I was arrested. I am a poor person. I have children. I have nothing in this world. I have no land. I work for other people. I am innocent. I have been detained unlawfully. There is no proof against me. My detention is unjustified. I want justice.

NOTE: This is not an official translation.

ISN 655

PETITIONER: (DETAINEE'S NAME)

<u>خدایداد د خانستان خه</u>

زه یو بیګناه سړی یم ، زه زما هیڅوک سره دښمنی نلرم زه په هیڅ جنګونه اشتراک نه لری ، بخښنه کوم کښی ناستمه چه زه را ولی او ګرفتار شم ، زه په هیڅ تنظیم باندی واقف نه یم ، زه د یو غریب شپون کوچیان لرم ، یه دښمنی هیڅ تن سره نلرم ، زه دحکمت خاوند نه یم ، ټل ځایه مزدوری کوله ، زه بیګناه یم نه ځوف د قانون شدی شوی یم پر ما باندی هیڅ ثبوت نشته ، زه عدالت غواړم ، زه د بی ګناه شدی یم .

Signed: _____  Date: 03/30/05

FILED
05 0997
MAY 18 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ATCH 1

ISN 655