```
                             IN THE
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
                             * * *
```

**UNITED STATES OF AMERICA**     )
                                 )
       **Plaintiff;**     )
                                 )
       v.                 ) CV NO 05-0997 (PLF)
                                 )
**KHUDAIDAD,**                   )
                                 )
       **Defendant.**     )

**NOTICE OF ASSIGNMENT**

The above captioned case has been assigned to Assistant Federal Public Defender MARY PETRAS., and Assistant Federal Public Defender KETANJI JACKSON as co-counsel. Please send copies of all notices and inquiries to this attorney at the address listed.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

        /S/

MARY PETRAS/KETANJI JACKSON
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing instrument was served this 4TH day of November 2005, upon Terry M. Henry, Esq., Office of the United States Department of Justice Civil Division for the District of Columbia, 20 Massachusetts Avenue, N.W., Washington, D.C. 20044.

        /s/
By:_____
MARY PETRAS/KETANJI JACKSON