UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
KHUDAIDAD,                              )
                                        )
            Petitioner,                 )
                                        )
      v.                                )          Civil Action No. 05-0997 (PLF)
                                        )
GEORGE W. BUSH, et al.,                 )
                                        )
            Respondents.                )
_____)

ORDER

        This matter is before the Court on petitioner's consent motion for entry of the

three Protective Orders first issued by Judge Joyce Hens Green in other *habeas* cases brought by

detainees at Guantánamo Bay.  Upon consideration of the motion and the full record in this case,

it is hereby

        ORDERED that [8] petitioner's Consent Motion for Protective Orders is

GRANTED; and it is

        FURTHER ORDERED that the Amended Protective Order and Procedures for

Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first

issued on November 8, 2004; the Order Addressing Designation Procedures for "Protected

Information" entered on November 10, 2004; and the Order Supplementing and Amending Filing

Procedures Contained in November 8, 2004 Amended Protective Order, issued on December 13,

2004, in the <u>In re Guantanamo Bay Detainee Cases</u>, Civil No. 02-0299, <u>et</u> <u>al</u>., by Judge Joyce

Hens Green shall apply in this case.

       SO ORDERED.


       /s/_____
       PAUL L. FRIEDMAN
       United States District Judge

DATE: December 28, 2005