UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KHUDAIDAD, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-997 (PLF) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| | ) | |
| President of the United States, *et al.*, | ) | |
| Respondents. | ) | |

NOTICE OF ASSIGNMENT

The above captioned case has been assigned to Assistant Federal Public Defenders Mary Petras, Ketanji Jackson, and Lara Quint as co-counsel. Please send copies of all notice and inquiries to the attorneys at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Lara G. Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500