UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHUDAIDAD, )<br>)<br>　　　Petitioner )<br>)<br>　　　v. )<br>)<br>GEORGE W. BUSH, )<br>　　　President of the United States, *et al.*, )<br>　　　Respondents. ) | Civil Action No. 05-997 (PLF) |

ORDER

Upon consideration of petitioner Khudaidad's Motion to Extend time and finding good cause shown, it is this ___ day of March, 2006, hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that the petitioner shall show cause in writing, on or before April 28, 2006, why the petition for habeas corpus in this case should not be dismissed as moot.

_____
PAUL L. FRIEDMAN
United States District Judge