UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KHUDAIDAD, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-997 (PLF) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| Respondents. | ) | |

## MOTION TO EXTEND TIME

Petitioner Khudaidad, through undersigned counsel, respectfully moves this Honorable Court to extend the time for filing a response to the Court's March 6, 2006, Order, directing petitioner to show cause why his petition should not be dismissed as moot. In support of this motion, counsel states:

1. On February 9, 2006, respondents filed a Notice of Transfer, stating that petitioner Khudaidad had been released from custody. Counsel did not receive notice prior to the transfer. Petitioner's request for an order requiring notice was pending at the time of the transfer.

2. On March 6, 2006, the Court issued an Order, directing petitioner to show cause, on or before March 27, 2006, why his petition should not be dismissed as moot. At counsel's request, the Court extend the time for filing to April 28, 2006.

3. As stated in counsel's initial motion to extend time, undersigned counsel has no reason to doubt that petitioner has been release. However, because counsel is aware that there has been some confusion regarding names and identities of detainees in other matters, counsel has been trying to confirm that petitioner in this matter has been released.

4. Locating and communicating with individuals in Afghanistan is difficult. Counsel has taken steps and made progress toward locating and speaking with their client, Khudaidad. Counsel has not yet been able to do so, but expects to be able to do so within the next 30 days.

WHEREFORE, for the foregoing reasons, counsel respectfully requests that the Court extend the time for filing a response to the Court's March 6, 2006, Order, and issue the attached proposed Order, extending the time to May 29, 2006.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender

/s/
_____
KETANJI JACKSON
Assistant Federal Public Defender

/s/
_____
LARA QUINT
Assistant Federal Public Defender

625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500