# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KHUDAIDAD,                                  )
                                            )
      Petitioner,                           )
                                            )
      v.                                    )      Civil Action No. 05-997 (PLF)
                                            )
GEORGE W. BUSH,                             )
      President of the United States, *et al.*,   )
      Respondents.                          )

## MOTION TO EXTEND TIME

      Petitioner Khudaidad, through undersigned counsel, respectfully moves this Honorable Court to extend the time for filing a response to the Court's March 6, 2006, Order, directing petitioner to show cause why his petition should not be dismissed as moot.  In support of this motion, counsel states:

      1.  On February 9, 2006, respondents filed a Notice of Transfer, stating that petitioner Khudaidad had been released from custody.  Counsel did not receive notice prior to the transfer. Petitioner's request for an order requiring notice was pending at the time of the transfer.

      2.  On March 6, 2006, the Court issued an Order, directing petitioner to show cause, on or before March 27, 2006, why his petition should not be dismissed as moot.  At counsel's request, the Court extend the time for filing to April 28, 2006, and then again to May 26, 2006.

      3.  As stated in counsel's initial motion to extend time, undersigned counsel has no reason to doubt that petitioner has been release.  However, because counsel is aware that there has been some confusion regarding names and identities of detainees in other matters, counsel has been trying to confirm that petitioner in this matter has been released.

4.  Locating and communicating with individuals in Afghanistan is difficult.  Counsel has taken steps and made progress toward locating and speaking with their client, Khudaidad. Counsel has not yet been able to do so, but expects to be able to do so within the next two weeks. Although counsel has filed two prior motions making similar representations, counsel can now represent that she has made progress toward contacting Khudaidad and expects to have additional information within the next week.

WHEREFORE, for the foregoing reasons, counsel respectfully requests that the Court extend the time for filing a response to the Court's March 6, 2006, Order, and issue the attached proposed Order, extending the time to June 23, 2006.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____

MARY MANNING PETRAS
Assistant Federal Public Defender

/s/
_____

KETANJI JACKSON
Assistant Federal Public Defender

/s/
_____

LARA QUINT
Assistant Federal Public Defender

625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500