# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KHUDAIDAD,** | ) | |
| | ) | |
| **Petitioner** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-997 (PLF)** |
| | ) | |
| **GEORGE W. BUSH,** | ) | |
| **President of the United States, *et al.*,** | ) | |
| **Respondents.** | ) | |

## <u>ORDER</u>

Upon consideration of petitioner Khudaidad's Motion to Extend time and finding good cause shown, it is this __ day of May, 2006, hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that the petitioner shall show cause in writing, on or before June 23, 2006, why the petition for habeas corpus in this case should not be dismissed as moot.

_____

PAUL L. FRIEDMAN
United States District Judge