UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KHUDAIDAD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-0997 (PLF) |
| | ) | |
| GEORGE W. BUSH, et al., | ) | |
| | ) | |
| Respondents. | ) | |

ORDER

On February 9, 2006, respondents filed a Notice of Transfer indicating that petitioner had been released from United States custody. On March 6, the Court issued an Order directing petitioner's counsel to show cause why the pending petition for *habeas corpus* should not be dismissed as moot. After seeking and receiving two extensions of time within which to respond to that Order, petitioner's counsel now reports that, although they have been unable to locate or contact petitioner, they have "no reason to doubt" that petitioner has been released, and do not oppose the dismissal of this case without prejudice to its being re-filed if it is determined that petitioner has not in fact been released. Accordingly, it is hereby

ORDERED that [1] petitioner Khudaidad's Petition for Writ of Habeas Corpus is DISMISSED without prejudice. The Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: June 26, 2006                United States District Judge